■ In the Matter of Anonymous, an Applicant for Admission to the Bar. [36 NYS3d 831]—

Per Curiam. Applicant passed the July 2014 New York State bar exam and the State Board of Law Examiners certified him for admission to this Court (*see* Rules of Ct of Appeals [22 NYCRR] § 520.7). This Court's Committee on Character and Fitness has completed its investigation of applicant's application for admission, including a personal interview of applicant (*see* Rules of App Div, 3d Dept [22 NYCRR] § 805.1).

Applicant resides and works in Florida. He graduated from college (in 2008) and law school (in 2013) in Florida. Applicant has disclosed a 2004 arrest for drinking in public, a 2008 arrest for driving under the influence and marihuana possession, a 2009 arrest for driving under the influence, and a 2011 arrest for driving under the influence, the latter resulting in applicant's felony conviction in Florida in May 2013. Applicant confirms that, as a result of his felony conviction, he is ineligible to apply for admission in Florida until his civil rights can be restored in that state, i.e., May 2019 (*see* Fla Bar Admission Rules rule 2-13.3).

We conclude that applicant does not presently possess the character and general fitness requisite for an attorney and counselor-at-law and we therefore deny the application (*see* Judiciary Law § 90 [1] [a]).

McCarthy, J.P., Garry, Egan Jr., Rose and Lynch, JJ., concur. Ordered that the application for admission is denied.